The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GRACE KARIUKI,

                    Plaintiff,

        v.

MARKWAYNE MULLIN, *et al.*,

                    Defendants.

Case No. 2:26-cv-01500-LK

**STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND [~~PROPOSED~~]
ORDER**

Noted for Consideration:
June 17, 2026

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to schedule an interview and adjudicate her asylum application. Defendants' response to the Complaint is currently due on July 7, 2026. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until November 25, 2026.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
AND [~~PROPOSED~~] ORDER
[Case No. 2:26-cv-01500-LK] - 1

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff's asylum interview for July 28, 2026. USCIS agrees to diligently work towards completing the adjudication within 120 days of the interview, absent unforeseen or exceptional circumstances that would require additional time for adjudication. If the adjudication is not completed within that time, USCIS will provide a status report to the Court. Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. Plaintiff recognizes that failure to submit documents prior to the interview may require the interview to be rescheduled and the adjudication delayed. If needed, Plaintiff will bring an interpreter to the interview, otherwise the interview will need to be rescheduled, and the adjudication delayed. Once the application is adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum interview and then process the application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until November 25, 2026. The parties will submit a status update on or before that date.

//

//

//

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
AND [PROPOSED] ORDER
[Case No. 2:26-cv-01500-LK] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 17th day of June, 2026.

Respectfully submitted,


*s/ Sarah Louise Bishop*
SARAH LOUISE BISHOP, NY No. 5256359
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4063
Fax: 206-553-4067
Email: sarah.bishop@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 389 words, in compliance with the Local Civil Rules.


*s/ Karin Tolgu*
KARIN TOLGU, WSBA No. 42647
The Law Offices of Karin Tolgu, PLLC
110 Prefontaine Pl. S., Ste. 304
Seattle, Washington 98104
Phone: 206.218.9472
Email: karin@karintolgulaw.com

*Attorney for Plaintiff*

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
AND [~~PROPOSED~~] ORDER
[Case No. 2:26-cv-01500-LK] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[~~PROPOSED~~] ORDER**

It is so **ORDERED**. Based on the parties' stipulated motion, the Court finds that the factors laid out in *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962) favor a stay, and therefore GRANTS the stipulated motion. This case is held in abeyance until November 25, 2026. The parties shall submit a status update on or before that date.

DATED this _17th_ day of _June_, 2026

_Lauren King_
LAUREN KING
United States District Judge

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
AND [~~PROPOSED~~] ORDER
[Case No. 2:26-cv-01500-LK] - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970